NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARVIN DENNIS,　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　 )
　　　　　　　Appellant,　　　　　　 )
　　　　　　　　　　　　　　　　　　 )
v.　　　　　　　　　　　　　　　　　 )　　　　　Case No. 2D19-1007
　　　　　　　　　　　　　　　　　　 )
STATE OF FLORIDA,　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　 )
　　　　　　　Appellee.　　　　　　　)
_____)

Opinion filed October 16, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Mark R. Wolfe,
Judge.

Marvin Dennis, pro se.


PER CURIAM.


　　　　　Affirmed.　See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); Long v. State,

529 So. 2d 286 (Fla. 1988); Wicker v. State, 462 So. 2d 461 (Fla. 1985); State v.

Lindsey, 446 So. 2d 1074 (Fla. 1984); State v. King, 426 So. 2d 12 (Fla. 1982);

McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Hughes v. State, 22 So. 3d 132

(Fla. 2d DCA 2009); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v.

State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Desmond v. State, 576 So. 2d 743 (Fla. 2d

DCA 1991); Budd v. State, 477 So. 2d 52 (Fla. 2d DCA 1985); Labadie v. State, 840 So.

2d 332 (Fla. 5th DCA 2003); McMillan v. State, 832 So. 2d 946 (Fla. 5th DCA 2002);

Hart v. State, 761 So. 2d 334 (Fla. 4th DCA 1998).

KHOUZAM, C.J., and CASANUEVA and ROTHSTEIN-YOUAKIM, JJ., Concur.